# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162226 & (25)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

              SC: 162226
              COA: 353599
              Chippewa CC: 17-003145-FC

JOSEPH ROBERT PLIS,
   Defendant-Appellant.
_____/

   On order of the Chief Justice, the motion of defendant-appellant to withdraw the application for leave to appeal is GRANTED and the appeal is dismissed with prejudice and without costs.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

     May 19, 2021       
                 Clerk